FILED FOR RECORD
2015 MAY 22 AM 8: 34

SUSAN ANDERSON
DISTRICT CLERK
MARION COUNTY, TEXAS
BY_____DEP.

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/22/2015 2:44:54 PM
DEBBIE AUTREY
Clerk

NO. F14492

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 276th JUDICIAL DISTRICT |
| | § | |
| CHRISTOPHER WAYNE WILDER | § | MARION COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Christopher Wayne Wilder, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Christopher Wayne Wilder.

Respectfully submitted,

ROBERT L COLE JR
409 N. Fredonia, Suite 101
LONGVIEW, TX 75601
Tel: (903) 236-6288
Fax: (903) 236-5441

By: _____
Robert L. Cole, Jr.
State Bar No. 04547800
rcolejd@gmail.com
Attorney for Christopher Wayne Wilder

## CERTIFICATE OF SERVICE

This is to certify that on May 22, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office of Marion County, Marion County Courthouse, Jefferson, Texas, by hand delivery.

_____
Robert L. Cole, Jr.